CLAIRE E. DEWEY v. BROWN & WILLIAMSON
TOBACCO CORPORATION.

October 18, 1988.

Leave to appeal granted.   (See 225 *N.J.Super.* 375)

CLAIRE E. DEWEY v. BROWN & WILLIAMSON
TOBACCO CORPORATION.

October 18, 1988.

Leave to cross-appeal granted.   (See 225 *N.J.Super.* 375)

STATE OF NEW JERSEY v. MITCHELL WASHINGTON.

October 24, 1988.

Petition for certification denied.

THE BANK OF NEW JERSEY, ET AL. v. RICHARD C.
DEVINE, ET AL.

October 24, 1988.

Petition for certification denied.